**Eric D. Ridley**  [SBN 273702]
Law Offices of Eric Ridley
567 W. Channel Islands Blvd. #210
Port Hueneme, CA 93041
(805) 244-5291
ridley.eric@gmail.com
Attorney for Plaintiff **Sharon Kruschen**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHARON KRUSCHEN, an individual,<br><br>*Plaintiff*<br><br>v.<br><br>VITAL RECOVERY SERVICES, INC., a Georgia corporation,<br><br>*Defendant* | Case No.: CV13-01811<br><br>**REQUEST FOR ENTRY OF DEFAULT**<br><br>**DECLARATION OF ERIC RIDLEY**<br><br>**DECLARATION OF SHARON KRUSCHEN** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Sharon Kruschen respectfully requests that the Clerk enter the defaults of Defendant Vital Recovery Services, Inc. on the grounds that this defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Defendant was served with a copy of the Complaint and Summons (and related papers) by personal service upon their Agent for Service of Process. As set forth in the accompanying declaration and attached proofs of service, service was effected on March 28, 2013. As a result, Defendants were to appear and respond by April 18, 2013 (or 21 days after March 13, 2013).

## Declaration of Eric Ridley

I, Eric Ridley, declare:

1. I am an attorney admitted before this Court and all Courts of the State of California. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am the attorney for plaintiff Sharon Kruschen in this action.

3. This Declaration is submitted in support of Plaintiff's request that the Clerk enter the default of defendant Vital Recovery Services, Inc.

4. As set forth in the Proof of Service (which has been filed with the Court as item No. five), the Summons & Complaint were served upon Defendant's designated Agent for Service of Process on March 28, 2012.. As a result, Defendant was to appear and respond by April 18, 2013.

5. Plaintiff contends that the Defendant committed multiple violations of the Fair Debt Collection Practices Act, and of California's Rosenthal Fair Debt Collection Practices Act, by making automated outbound debt collection telephone calls to a third party, and by disclosing to that third party that a debt was allegedly owed to Defendant by Plaintiff.

6. On August 24, 2012, before I had entered my appearance in this action, Plaintiff sent a pre-litigation demand letter to Defendant at their corporate address (Mr. Christopher J. Shuler, Vital Recovery Services, Inc., 3795 Data Drive, Suite 200, Norcross, GA 30092), via US Certified Mail, Return Receipt Requested. A true and correct copy of this demand letter is appended to the Complaint, which is Item No. One.

7. I filed this action on March 13, 2013.

8. I arranged for the Summons and Complaint to be personally served upon the Defendant at the address and to the Agent for Service of Process which was determined by a business entity search which I performed at the California Secretary of State's website for Vital Recovery Services, Inc.

9. This address was: Lexis-Nexis Document Solutions, 2710 Gateway Oaks Dr. #210, Sacramento, CA.

10. I have not received a response to the Complaint from Defendant.

11. The Court's docket does not reflect a response to the Complaint filed by the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2013 in Ventura, California.

By: _____
Eric D. Ridley
Attorney for Plaintiff, Sharon Kruschen

### Declaration of Sharon Kruschen

I, Sharon Kruschen, declare:

1. I am the plaintiff in this action. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.
2. This Declaration is submitted in support of Plaintiff's request that the Clerk enter the default of defendant Vital Recovery Services, Inc.
3. On August 24, 2012, I sent a pre-litigation demand letter to Defendant at their corporate address (Mr. Christopher J. Shuler, Vital Recovery Services, Inc., 3795 Data Drive, Suite 200, Norcross, GA 30092), via US Certified Mail, Return Receipt Requested.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on April 19, 2013 in Ventura, California.

DATE: _____

SHARON KRUSCHEN