# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON KRUSCHEN,<br><br>    Plaintiff,<br><br>vs.<br><br>VITAL RECOVERY SERVICES, INC.,<br><br>    Defendant. | CASE NO. 2:13-CV-01811-SS<br><br>**[PROPOSED] ORDER** |

    Having considered the parties' Stipulation to Set Aside Default, the Court orders as follows:

    The default is hereby set aside. Defendant shall file its response to Plaintiff's Complaint no later than April 29, 2013.

    IT IS SO ORDERED.

DATED: _____

                                                     United States Magistrate Judge