David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

Attorneys for Defendant
Vital Recovery Services, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON KRUSCHEN, an individual,<br><br>                Plaintiff,<br><br>    vs.<br><br>VITAL RECOVERY SERVICES, INC., a Georgia corporation,<br><br>                Defendant. | Case no. 2:13-cv-01811-SS<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint filed March 13, 2013 |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　　Defendant Vital Recovery Services, Inc. submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

　　　Defendant does not have any parent corporation.

　　　No publicly-held corporation owns 10% or more of Defendant's stock.

\\\

\\\

\\\

\\\

| | | |
|---|---|---|
| 1 | Dated: April 29, 2013 | **Carlson & Messer LLP** |
| 2 | | |

By:  /s/ Keith A. Yeomans

Keith A. Yeomans

Attorneys for Defendant
Vital Recovery Services, Inc.