Jeanne L. Zimmer (SBN: 123321)
ZimmerJ@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
CARLSON & MESSER LLP
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
Vital Recovery Services, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON KRUSCHEN, an individual, | Case No. 2:13-cv-01811-JEM |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| VITAL RECOVERY SERVICES, INC., a Georgia corporation, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Jeanne L. Zimmer hereby enters her appearance as counsel of record for VITAL RECOVERY SERVICES, INC.

                                                CARLSON & MESSER LLP

                                                By:  /s/ Jeanne L. Zimmer
                                                        Jeanne L. Zimmer
                                                        Keith A. Yeomans
                                                        Attorneys for Defendant
                                                        VITAL RECOVERY
                                                        SERVICES, INC.